# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10716
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 31, 2014

Lyle W. Cayce
Clerk

CHRISTINE KELLAM,

Plaintiff–Appellant,

versus

METROCARE SERVICES,

Defendant–Appellee.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CV-352

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Christine Kellam sued her employer under the Americans with Disabilities Act and the Family Medical Leave Act. The district court granted

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10716

summary judgment for the employer, explaining its reasons in a thorough and convincing thirteen-page opinion.

Kellam complained that, while out on family medical leave, she was notified that she was to be terminated because of across-the-board staff reductions resulting from decreased funding. She was given the chance to apply for posiptions at other locations but did not take that opportunity. She received the full benefit of her medical leave before the termination.

As the district court explained, Kellam has presented no evidence that her termination was for any prohibited purpose or for any reason other than the employer-wide substantial reductions in force. The summary judgment is AFFIRMED, essentially for the reasons carefully stated by the district court.